ALFRED A. KENDALL AND ANOTHER, APPELLANTS, v. ROWLAND K. BRILL, RESPONDENT.

APPEAL from a judgment in favor of the defendant, entered on the report of a referee.

This action was brought by the plaintiffs to recover of the defendant the sum of $146.47, for horse keeping, etc.

The defendant denied any indebtedness to the plaintiffs, and set up a counter-claim to the amount of $875, for the value of a horse and dog-cart alleged to have been sold by plaintiffs for defendant, which counter-claim was denied by the reply of the plaintiffs.

All the issues in the action were referred to E. H. Pomeroy, Esq., who, after duly hearing testimony, etc., on both sides, rendered his report, allowing the plaintiffs the full amount claimed by them, and also the full counter-claim of defendant, and ordering judgment for defendant, in the sum of $779.15.

The court, after a quite extended review of the evidence in the case, sustained the findings of the referee, without discussing any legal question.

*Samuel G. Courtney*, for the appellant.

*O. D. M. Baker*, for the respondent.

Opinion by DAVIS, P. J.

BRADY and DANIELS, JJ., concurred.

Judgment affirmed.